# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

### Record No. 13-4031
_____

### UNITED STATES OF AMERICA

v.

### KELVIN SNEAD
_____

## MOTION TO FILE OPENING BRIEF OUT OF TIME

COMES NOW, the Appellant, by and through his counsel, Mary Jude Darrow, and asks the Court to allow her to file Appellant's Opening Brief two days out of time for the following reasons:

This Court had previously granted an extension to file the Opening brief by June 19, 2013.

Undersigned counsel had spoken to Mr. Snead on Monday, June 17, 2013 and indicated that she would be filing an Ander's Brief. Mr. Snead was adamant that there were issues to be raised and that he had additional information to support his claims. He requested that undersigned counsel file for a third extension of time, which was denied on June 19, 2013. Therefore, Ms. Darrow proceeded to finalize the Ander's Brief.

The undersigned has spoken with AUSA Jennifer May-Parker of the U.S. Attorney's Office – Eastern District of North Carolina with regard to this Motion, she does not object to the granting of the Motion.

The undersigned counsel is submitting this motion in good faith and not for dilatory purposes.

Respectfully submitted, this the 21st day of June, 2013.

>/s/ Mary Jude Darrow
>Mary Jude Darrow, Attorney at Law
>Counsel for Appellant
>P.O. Box 41308
>Raleigh, NC 27629-1308
>(919) 696-3332
>(919) 845-0822
>E-Mail:  maryjude@mjdarrowlaw.com
>Appointed

## CERTIFICATE OF SERVICE

I hereby certify, on this 21th day of June, 2013, I caused this Motion to File Opening Brief Out of Time to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF user:

>Jennifer P. May-Parker
>Office of the United States Attorney
>310 New Bern Avenue, Suite 800
>Raleigh, North Carolina 27601
>
>*Counsel for Appellee*
>
>>/s/ Mary Jude Darrow
>>*Counsel for Appellant*